No. 96–1557.  CALHOON v. UNITED STATES, *ante*, p. 806; and

No. 96–1911.  NICHOLSON v. NEVADA STATE BAR, *ante*, p. 815.  Motions of petitioners for leave to proceed further herein *in forma pauperis* granted.  Petitions for rehearing denied.